# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**269**

**CA 10-02252**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF COUNTY OF ERIE,
PETITIONER-RESPONDENT,

V                                                                    ORDER

CIVIL SERVICE EMPLOYEES ASSOCIATION,
LOCAL 815, RESPONDENT-APPELLANT.

---

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (DIANE M. ROBERTS OF COUNSEL), FOR RESPONDENT-APPELLANT.

MARTIN A. POLOWY, ACTING COUNTY ATTORNEY, BUFFALO (DAVID J. SLEIGHT OF COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered February 11, 2010 in a proceeding pursuant to CPLR article 75. The order, among other things, granted the petition for a permanent stay of arbitration.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  March 25, 2011                           Patricia L. Morgan
                                                   Clerk of the Court